UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
    -v-                                                             :
:  21 Cr. 397 (JPC)
AMJAD W. QAYYEM,                                                        :
:  ORDER
:
                Defendant.                                         :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On July 21, 2022, Defendant moved for early termination of his term of supervised release, which is set to otherwise expire on October 14, 2023.  Dkt. 5.  The United States Attorney's Office for the Southern District of New York shall indicate whether it objects to Defendant's request by July 29, 2022.

      SO ORDERED.

Dated: July 21, 2022
       New York, New York
                                          JOHN P. CRONAN
                                          United States District Judge