# GLENN A. GARBER, P.C.

## ATTORNEYS AT LAW

GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

July 21, 2022

VIA ECF
Hon. John P. Cronan
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The request is granted.  Defendant Amjad Qayyem's term of supervised release is terminated.

SO ORDERED
Date: July 26, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

RE:    *United States v. Amjad Qayyem*
       Dkt. No. 21 CR 387 (JPC)

Dear Judge Cronan:

I am the attorney for Amjad Qayyem and submit this letter request for early termination of Supervised Release.

Mr. Qayyem's case originated out of the Eastern District of Virginia (*United States v. Amjad Qayyem*, Dkt. No. 99 CR 116) and was transferred on June 11, 2021, to this district for monitoring of Supervised Release. Mr. Qyayyem resides in upper Manhattan, where he also lived prior to incarceration.

Mr. Qayyem has been on Supervised Release since October 15, 2018, and his termination date is October 14, 2023.  I have spoken to Mr. Qayyem's USPO Sonales Gonzalez and am informed that my client has been fully compliant with all conditions of his release for the nearly four years of supervision, which includes no new arrests and no positive tests for illegal substances. He has paid the special assessment and there are fines, restitution, or forfeiture. He has used the time on Supervised Release to better himself including maintaining gainful employment.

It is Mr. Qayyem's hope to travel and move on with the next chapter in his life.

The probation department does not object to this request for early termination.  Because the original AUSA in Virginia is no longer working for the government, this case is a transfer, and no issues have arisen on supervised release since the transfer (or at anytime) there is no AUSA assigned.

Thank you for your consideration.

Very truly yours,

Glenn A. Garber

Cc:    Hon. John P. Cronan (CronanNYSDChambers@nysd.uscourts.gov (courtesy copy))
       USPO Sonales Gonzalez (Sonales_Gonzalez@nysp.uscourts.gov)